**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PLEVIN, et al., | No. C 11-02359 CW |
|     Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES |
|   v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
|     Defendants. | |

On October 18, 2011, a case management conference was held in the above-captioned case. William Weiss appeared for Plaintiff. Warren Metlitzky appeared for Defendant. Both parties consented to proceed before United States Magistrate Judge James and executed a consent form. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge James to be heard and considered at the convenience of her calendar. Counsel shall contact Brenda Tolbert, Magistrate Judge James' Courtroom Deputy at (415)522-4708 to set up a telephonic status

conference to confirm dates.  Magistrate Judge James will set a trial date on or before January 14, 2013.

    IT IS FURTHER ORDERED that the following case management dates are set:

| | |
|---|---|
| Completion of discovery other than from experts: | 7/27/12 |
| Disclosure of identities and reports of expert witnesses: | 10/5/12 |
| Rebuttal experts: | 10/26/2011 |
| Completion of discovery from experts: | 11/9/12 |
| All motions directed to the merits of the case noticed for hearing no later than: | 9/13/12 |

Dated: 10/19/2011

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; MEJ